# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STERICYCLE, INC., | Case No. 2:16-cv-01861-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| PATRIOT ENVIRONMENTAL SERVICES, INC., | |
| Defendant(s). | (Docket Nos. 1, 2, 6) |

Pending before the Court are three motions: Plaintiff's motion for leave to file excess pages, Plaintiff's emergency motion to compel, and Plaintiff's emergency motion to transfer. Docket Nos. 1, 2, 6. For good cause shown, Plaintiff's motion for leave to file excess pages is **GRANTED**.

As to Plaintiff's emergency motion to compel and emergency motion to transfer, the Court **ORDERS** that a response must be filed no later than August 12, 2016, and any reply must be filed no later than August 16, 2016.

IT IS SO ORDERED.

DATED: August 9, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge